AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-05593

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Victory Home Remodeling LLC
was received by me on *(date)* 10/22/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* "Kevin" (Last Name Refused) , who is
designated by law to accept service of process on behalf of *(name of organization)* Victory Home Remodeling LLC
_____ on *(date)* 10/22/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/23/2024

*Server's signature*

Andrew Roman Perrong, Esq.
*Printed name and title*

2657 Mount Carmel Avenue
Glenside, PA 19038

*Server's address*

Additional information regarding attempted service, etc:

Arrived at the office and asked for the person currently in charge thereof, per PA RCP 402(a)(2)(iii) and FRCP 4(e)(1) and 4(h)(1)(A). Immediately spoke to the pictured individual, who stated that he the manager and that his name was Kevin. I handed him and informed him of the contents of the summons and complaint.

