IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON,<br><br>                Plaintiff,<br>v.<br><br>VICTORY HOME,<br><br>                Defendants. | CIVIL ACTION<br>NO. 24-5593 |

**ORDER**

**AND NOW,** this 18th day of November 2024, upon consideration of the application of Anthony Paronich, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 5), it is **ORDERED** that the application (Doc. No. 5) is **GRANTED**.

                                          BY THE COURT:

                                          /s/ Joel H. Slomsky
                                          JOEL H. SLOMSKY, J.