IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VICTORY HOME REMODELING LLC,<br><br>　　　　　　　Defendant. | Civil Action No. 24-5593<br><br>Judge Joel H. Slomsky |

## NOTICE OF CONFIDENTIAL SETTLEMENT

Plaintiff, James E. Shelton ("Shelton"), and defendant, Victory Home Remodeling LLC ("Victory"), through their respective undersigned counsel, hereby notify the Court that they have reached a confidential settlement of all claims in these proceedings. Shelton and Victory respectfully request that the Court adjourn the Rule 16 conference scheduled for January 13, 2025, and all applicable case deadlines, pending the parties' execution and compliance with the settlement agreement. Within sixty (60) days, the parties will file a stipulation of dismissal with prejudice.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, Esquire
Paronich Law, LLC
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*
*James E. Shelton*

Respectfully submitted,

*/s/ David H. Colvin*
David H. Colvin, Esquire
Fox Rothschild LLP
2001 Market Street, Suite 1700
Philadelphia, PA 19103
(215) 299-2139
dcolvin@foxrothschild.com

*Attorneys for Defendant*
*Victory Home Remodeling LLC*

Dated: January 9, 2025