# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, | Case No. 24-5593 |
| *Plaintiff,* | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| **VICTORY HOME REMODELING LLC** | |
| *Defendant.* | |

## NOTICE OF DISMISSAL

Plaintiff James E. Shelton, by his undersigned counsel, hereby voluntarily dismisses this action, with prejudice, as to all Defendants, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this February 19, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: February 19, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.