IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES E. SHELTON,

                Plaintiffs,

    v.

VICTORY HOME REMODELING LLC,

                Defendant.

CIVIL ACTION
NO. 24-5593

## ORDER

**AND NOW**, this 20th day of February 2025, upon consideration of the Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. No. 10), it is **ORDERED** that the above-captioned case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.